Chad Belville IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>An Iowa Limited Liability Company | )<br>)<br>)     No. 11-cv-03042-MWB<br>) |
| vs. | )<br>)     MOTION TO DISMISS<br>)<br>) |
| Joe Olivero, dba Tuberip.com<br>and www.tuberip.com and John Does 1 – 100<br>and John Doe Companies 1-100 | )<br>)<br>) |

COMES NOW Plaintiffs Fraserside IP LLC, by and through its counsel, Chad Belville, and MOVES TO DISMISS the above-captioned complaint with prejudice for the reason that the matter has been settled. Each party to pay its own costs.

Date: March 1, 2012                             Respectfully submitted,


               By:   /s/ Chad L. Belville

               Chad Belville, Attorney at Law
               Iowa Bar # 015731

Physical Address        4742 North 24th Street Suite 315
               Phoenix, AZ 85016

MAILING ADDRESS:      P.O. Box 17879
               Phoenix, AZ 85011

               Telephone: 602-904-5485
               FAX: 602-297-6953
               E-mail cbelville@azbar.org
               ATTORNEY FOR PLAINTIFF