# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOE OLIVERO d/b/a Tuberip.com and www.tuberip.com and JOHN DOES 1-100 AND JOHN DOE COMPANIES 1-100,<br><br>　　　　Defendants. | No. C11-3042-MWB<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO DISMISS** |

_____

This case is before the court on plaintiff Fraserside IP L.L.C.'s Motion to Dismiss (docket no. 14). In its motion, plaintiff Fraserside moves for the dismissal of the case, pursuant to Rule of Civil Procedure 41(a), because the case has been settled. No resistance to the motion has been filed. Plaintiff Motion to Dismiss is granted and this case is dismissed with prejudice. Plaintiff Fraserside and defendants shall each bear their own fees and costs.

**IT IS SO ORDERED.**

**DATED** this 7th day of March, 2012.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA